DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S 10-088 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | DISPOSITIONAL HEARING |
| v. ) | |
| ) | Date:  March 23, 2012 |
| CHANDRA POUNDS, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CHANDRA POUNDS that the Dispositional hearing date set for March 9, 2012, be continued to March 23, 2012, at 10:00 a.m.

The reason for this continuance is to allow defense counsel to obtain records of Ms. Pounds' mental health treatment and diagnoses directly from the service providers. Counsel received contact information not previously in her possession for the service providers on February 14, 2012 from the probation officer. Counsel sent records requests to the service providers on February 21, 2012 after obtaining a signed medical release from her client, and to date has received records from only one of the providers: EAP, Inc., in Chico, CA. Additional time is needed to obtain records from the remaining treatment facilities.

///

1

United States Probation Officer, Jack Roberson has no objection to the new scheduled date.

DATED: March 6, 2012            Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for CHANDRA POUNDS

DATED: March 6, 2012            BENJAMIN WAGNER
United States Attorney

/s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 9, 2012, Dispositional hearing be continued to March 23, 2012, at 10:00 a.m.

Dated: March 7, 2012

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE