DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S 10-088 EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) DISPOSITIONAL HEARING |
| v. | ) Date: March 30, 2012 |
| CHANDRA POUNDS, | ) Time: 10:00 a.m. ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CHANDRA POUNDS that the Dispositional hearing date set for March 23, 2012, be continued to March 30, 2012, at 10:00 a.m.

The reason for this continuance is to allow defense counsel to review records of Ms. Pounds' mental health treatment and diagnosis that the United States Probation Office will provide to counsel pursuant to the court's order issued Friday, March 15, 2012. Efforts to obtain records directly from the treatment providers failed, as only one treatment provider, EAP, Inc., responded to a request for records. Counsel needs time to review the records once received.

/ / /

1

United States Probation Officer, Jack Roberson has no objection to the new scheduled date.

DATED: March 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for CHANDRA POUNDS

DATED: March 19, 2012

BENJAMIN WAGNER
United States Attorney

/s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 23, 2012, Dispositional hearing be continued to March 30, 2012, at 10:00 a.m.

Dated: March 20, 2012

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge