DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S 10-088 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | DISPOSITIONAL HEARING |
| v. ) | |
| ) | Date: April 13, 2012 |
| CHANDRA POUNDS, ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CHANDRA POUNDS that the disposition hearing date set for March 30, 2012, be continued to April 13, 2012, at 10:00 a.m.

The reason for this continuance is to allow defense counsel to receive and review the report from the forensic psychiatrist who conducted an evaluation of Ms. Pounds, Dr. Robin Lin, M.D. Dr. Lin informed counsel on today's date that he believes he can have his report ready Monday or Tuesday of the week beginning April 9, 2012. Counsel will need time to review his report and its diagnoses and submit a supplemental disposition memorandum to the court if needed. Counsel has received and reviewed mental health treatment records from all the treatment providers named in the order signed by the court on Friday, March 16, 2012.

///

1

United States Probation Officer, Jack Roberson, has no objection to the new scheduled date.

DATED: March 27, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for CHANDRA POUNDS

DATED: March 27, 2012

BENJAMIN WAGNER
United States Attorney

/s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 30, 2012, disposition hearing be continued to April 13, 2012, at 10:00 a.m.

Dated: March 29, 2012

/s/ Edward J. Garcia

_____
EDWARD J. GARCIA
United States District Judge