| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, #244785<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant<br>CHANDRA POUNDS |

**FILED**

APR 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S 10-088 EJG |
| Plaintiff, | ) ) | ORDER TO SEAL EXHIBIT A TO THE SENTENCING MEMORANDUM AND |
| v. | ) ) | DECLARATION OF COURTNEY D. FEIN |
| CHANDRA POUNDS, | ) ) | Date: April 13, 2012 |
| Defendant. | ) ) | Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the document and the request to be filed under seal, permitting Assistant United States Attorney, Todd Pickles and Probation Officer Jeff Roberson access to these documents unless otherwise ordered by this Court at a later time.

DATED: 4/13/12

_____
EDWARD J. GARCIA
United States District Court Judge

1